# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**AMERICAN COFFEE HOUSE, INC.,**

        Plaintiff,

v

        Case No. 2:12-cv-13853
        Hon. George Caram Steeh

**TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA**, a foreign insurance company,

        Defendant.

_____/

| | |
|---|---|
| PHILLIP D. HICKEY (P14938)<br>Attorney for Plaintiff<br>16693 Anderson Drive<br>Southgate MI 48195<br>P: (734) 925-0182<br>F: (734) 283-6575<br>E: philliphickey43@yahoo.com | GLEN HOWARD PICKOVER (P43373)<br>**GREGORY AND MEYER, P.C.**<br>Attorneys for Defendant<br>340 E. Big Beaver Road, Ste. 520<br>Troy, MI 48083<br>P: (248) 689-3920<br>F: (248) 689-4560<br>E: gpickover@gregorylaw.com |

_____/

## ORDER GRANTING TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA'S MOTION TO COMPEL SETTLEMENT

The Court having read Travelers Casualty Insurance Company of America's Motion to Compel Settlement (DOC #19), having heard argument of counsel and being fully advised:

The Court finds that on May 22, 2013, the parties entered into a settlement agreement during a deposition, the terms of which were placed on the record. The Court further finds that the terms of the settlement agreement are enforceable. Likewise, the Court finds that counsel for Plaintiff did provide a signed copy of the Release and Hold Harmless Agreement which purports to be signed by representatives of Plaintiff. As such, the Court orders as follows:

**IT IS HEREBY ORDERED** that Travelers Casualty Insurance Company of America's Motion to Compel Settlement (DOC #19) is **GRANTED.**

**IT IS FURTHER ORDERED** that the Court shall accept the sum of Ten Thousand and 00/100 ($10,000.00) Dollars, to be distributed in accordance with the terms of the Release and Hold Harmless Agreement.

**IT IS FURTHER ORDERED** that upon disbursement of the funds placed with the Court, the Court will enter an Order dismissing this matter with prejudice.

**IT IS FURTHER ORDERED** that the Court will retain jurisdiction of this matter to enforce the settlement agreement.

Hon. George Caram Steeh
United States District Court Judge

Dated: September 30, 2013